IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              4:04CR00155 JMM

DENNIS CHAD FASON

### ORDER

Pending is the Defendant's *pro se* motion for termination of his term of supervised release. Defendant states that his term of supervised release should be terminated pursuant to 18 U.S.C. § 3583(e)(1) because he has served approximately two years of his supervised release and he has exhibited exemplary behavior. The government has responded and objects to the Defendant's motion. After reviewing § 3583(e)(1) and the factors set forth in § 3553, the Court is not satisfied that such action is warranted by the conduct of the Defendant and the interest of justice. Accordingly, Defendant's motion (Docket # 28) is DENIED.

IT IS SO ORDERED this 16th day of July, 2008.

_____
James M. Moody
United States District Judge